Appellant.— Order affirmed,. with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

SHAMPAIN, CITRON, CLARK, INC., Respondent; v. ALPS CANDIES, INC., Defendant, Impleaded with RALPH ELSMAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

WILLIAM SIMON, an Infant, etc., by JOSEPH SIMON, His Guardian ad Litem, Respondent, v. PASQUALE DIGILIO (Sued Herein as PASQUALE DIGILIO & SONS), Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOSEPH SIMON, Respondent, v. PASQUALE DIGILIO (Sued Herein as PASQUALE DIGILIO & SONS), Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

EDWARD SPIEGEL, Respondent, v. SOLOMON H. REISCH, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs to abide the event. No opinion. Present — Kelly, P. J., Rich, Manning, Young and. Kapper, JJ.

JOSEPH STAMPFL, Respondent, v. EUGENE J. McCARTHY and Another, Appellants.— Judgment modified by reducing the amount of extra allowance to $500, and as so modified unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ROY L. THORNTON, Respondent, v. HAROLD F. PARSONS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

LILLIAN TURL, Appellant, v. FLORENCE FELDMAN, Respondent.— We are of opinion that while a nonsuit would have been proper, it was error to dismiss the complaint, inasmuch as the learned trial court did not reserve decision upon the defendant's motion for a nonsuit. (*Dougherty* v. *Salt*, 227 N. Y. 200, 203.) The judgment and order so far as they provide for a dismissal of the complaint are reversed upon the law, and a new trial granted, with costs to abide the event. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

PASQUALE VITALE, an Infant, by MICHELE VITALE, His Guardian ad Litem, Appellant, v. THEODORE A. CRANE'S SONS COMPANY, Respondent.— Judgment reversed upon the law and a new trial granted, with costs to abide the event. We are of opinion that the evidence was sufficient to present a question of fact as to the dangerous condition of the deck by reason of oil or grease, and whether in the exercise of reasonable care defendant should not have discovered such condition, and remedied it. While the evidence as to the absence of a guard-rail or rope is unsatisfactory, we cannot say that no issue was raised in this respect. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MICHELE VITALE, Appellant, v. THEODORE A. CRANE'S SONS COMPANY, Respondent.— Judgment reversed upon the law and a new trial granted, with costs to abide the event, on authority of *Vitale* v. *Crane's Sons Co.* (*ante*, p. 835), decided herewith. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

PAULINE WAGNER, an Infant, by ELIZABETH WAGNER, Her Guardian ad Litem, Respondent, v. HYGRADE MONUMENT WORKS, INC., Appellant.— Upon reargument, judgment and order unanimously affirmed, with costs. No opinion. Present